# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145794

ALINA T. SULOWSKA,
        Plaintiff-Appellee,

v

ALBERT TROSTEL & SONS COMPANY,
EAGLE OTTAWA ROCHESTER HILLS, LTD.,
and SENTRY INSURANCE A MUTUAL
COMPANY OF AMERICA,
        Defendants-Appellants.

SC: 145794
COA: 304195
WCAC: 07-000275

_____/

On order of the Court, the application for leave to appeal the July 26, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

t1113